

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2019

No. 04-19-00539-CV

Cristina **PADILLA**,
Appellant

v.

**RED LOBSTER HOSPITALITY, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21243
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before December 27, 2019.

It is so **ORDERED** on November 26, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT